UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re
HERNANDEZ, GILBERTO
HERNANDEZ, BRENDA
        Debtor      /

Case No: 6:12-bk-2658-ABB

Chapter 13

### FIRST Amended Chapter 13 Plan

COMES NOW the Debtors by and through their undersigned attorney and file this FIRST AMENDED Chapter 13 Plan, as follows:

The projected disposable income of the debtor is submitted to the supervision and control of the Chapter 13 Trustee, and the debtor shall pay the following sums to the Chapter 13 Standing Trustee.

| Payment Number | Amount | Due Dates |
|---|---|---|
| 1 – 60 | $3,500.00 | Apr 14, 2012 – Mar 14, 2017 |
|  | $ |  |

The Debtor(s) shall mail a **money order** or **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, TN  38101-1103, with the Debtor(s)' name and case number **(6-12-bk-2658-ABB)** clearly indicated thereon.  Payments will begin on the date set forth in the Order Establishing Deadline for Making Payments, and payments will continue in the above amount for the duration of the Chapter 13 Plan.

### PAYMENT OF CLAIMS THROUGH PLAN

### PAYMENTS & DISBURSEMENTS ARE MADE AS LISTED ON EXHIBIT A

**PRIORITY:** The Chapter 13 Standing Trustee percentage fee (10%), as established by the U.S. Trustee, and:

### PRIORITY CLAIM (Attorney Fees):

| Attorney Name | Claim Amount | Payment Amt/No |
|---|---|---|
| Hunter Goff<br>Balance of Fees Due in Plan<br>Attorney Maintenance Fees<br>Mortgage Modification Fees | $2,781.00<br>$2,700.00<br>$0.00 | See Exhibit A |

### OTHER PRIORITY CLAIMS:

| Claim # | Creditor | Claim Amount | Payment Amt/No. |
|---|---|---|---|
|  |  |  | See Exhibit A |

CHAPTER 13 PLAN 1 - 3

Page 2/6

AUG-26-2012 18:22          From:4078938253

**SECURED CLAIMS:** To include On-going Payments continue beyond the term of the Plan, pursuant to the applicable Note and Mortgage; auto payments; secured tax claims; PMSI Payments:

| Claim # | Creditor | Claim Amount | Payment Amt/No |
|---|---|---|---|
| #1 | Seminole Tax Collector | Taxes are Escrowed through 1st Mtg | See Exhibit A |
| #7 | Navy Federal Credit Union | $12,915.00 @5.25% | See Exhibit A |
| #15 | Freedom Road | $9,182.39 @5.25% | See Exhibit A |
| #16 | Freedom Road – son's vehicle | $14,316.73 @5.25% | See Exhibit A |
| #18 | Bank of America – 1st Mtg | $180,673.62 | See Exhibit A |

*Denotes this is a secured creditor that has not yet filed a proof of claim as of the date of this plan.*

**SECURED ARREARAGES:**

| Claim # | Creditor | Claim Amount | Payment Amt/No |
|---|---|---|---|
|  | Bank of America – 1st Mtg | $3,074.58 | See Exhibit A |

**SECURED GAP:** One additional post-Petition mortgage payment that covers one payment due after the Plan has completed.

| Claim # | Creditor | Claim Amount | Payment Amt/No |
|---|---|---|---|
|  | Bank of America – 1st Mtg | $2,921.78 | See Exhibit A |

**COLLATERAL TO BE SURRENDERED:** *Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing. The Stay is lifted to any secured creditor whose property is being surrendered upon confirmation.*

| Name of Creditor | Property Description |
|---|---|
|  |  |

**VALUATION OF CLAIM/MORTGAGES TO BE VALUED/STRIPPED:**

| Claim # | Creditor Name | Claim Amt | Value | Amt of Unsecured |
|---|---|---|---|---|
| #14 | Bank of America – 2nd Mtg 1st Mtg i/a/o $180,673.62 | $35,910.20 | $168,300.00 | $35,910.20 |

**Executory Contracts:**

**The following Executory Contracts are assumed**
**Name of Creditor:**          **Description of Collateral:**          **Month Numbers:**

**The following Executory Contracts are rejected:**
**Name of Creditor:**          **Description of Collateral:**

**CHAPTER 13 PLAN 2 - 3**

**UNSECURED CREDITORS:** Unsecured creditors whose claims have been timely filed and allowed shall receive a pro-rata distribution after payment of the above-stated claims as proposed above  Approximate Percentage: __49__ %

## OTHER PROVISIONS:

### REGARDING INCOME TAX REFUNDS INCOME TAX RETURNS, AND/OR INCREASED INCOME:

The Debtor(s) are required to turn over any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s)' general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the chapter 13 Standing Trustee's payment address as stated above. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee.

The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case. The Debtor(s) shall mail/email/fax a **copy** (do not mail original returns) of their income tax returns each year by April 30th to the Law Offices of K. Hunter Goff via fax: 407-898-8226; or via email: hunter@khuntergoffpa.com, and to the Chapter 13 Trustee at the address of Post Office Box 3450, Winter Park, FL 32790.

The debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proof of payment of all post-petition taxes is required.

If the Debtor(s)' income increases during the duration of this case, the Debtor(s) must commit the debtor(s) excess income to the Plan for the benefit of the Debtor(s) unsecured creditors.

/s/ *(signature)*  //    /s/ *(signature)*
GILBERTO HERNANDEZ         BRENDA HERNANDEZ
Debtor Signature           Joint Debtor

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided on this __28th__ day of __August__ 2012 to the Chapter 13 Trustee via electronic transmission and all creditors listed in the attached matrix by U.S. Mail.

Respectfully submitted,

//s// K. Hunter Goff
K. HUNTER GOFF, P.A.
K. Hunter Goff, Esq.
Fl. Bar No. 0240930
227 Citrus Tower Blvd.
Clermont, FL 34711
Phone: (407) 898-8225
Fax: (407) 898-8226
hunter@khuntergoffpa.com

**CHAPTER 13 PLAN 3 - 3**

| | | Claim Amt | | | | | | $5,481.00 | | $14,712.00 | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HERNANDEZ** | | **DUE DATE** | | | | | | | | 12915 | | |
| **12-2658** | | 4/14/2012 | Total Due | | | 10.0% | | | | Navy Federal | | BOA |
| | | Unsecured | | | Debtor Pmt | Tee Fee | | ATTY | | #7 | | #14 |
| | 60 | | | 60 | | | | | | | | |
| 4/14/2012 | 1 | $0.00 | | | $3,500.00 | $350.00 | | $980.48 | | $245.20 | 1 at | M2 Strip |
| 5/14/2012 | 2 | $0.00 | $7,000.00 | | $3,500.00 | $350.00 | 2 at | **$980.48** | | $245.20 | | $0.00 |
| 6/14/2012 | 3 | $0.00 | $10,500.00 | | $3,500.00 | $350.00 | 1 at | **$820.04** | | $245.20 | | $0.00 |
| 7/14/2012 | 4 | $0.00 | $14,000.00 | | $3,500.00 | $350.00 | | $0.00 | | $245.20 | | $0.00 |
| 8/14/2012 | 5 | $0.00 | $17,500.00 | | $3,500.00 | $350.00 | | $0.00 | | $245.20 | | $0.00 |
| 9/14/2012 | 6 | $77.17 | $21,000.00 | | $3,500.00 | $350.00 | 3 at | **$0.00** | | $245.20 | | $0.00 |
| 10/14/2012 | 7 | $894.00 | $24,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 11/14/2012 | 8 | $894.00 | $28,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 12/14/2012 | 9 | $894.00 | $31,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 1/14/2013 | 10 | $894.00 | $35,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 2/14/2013 | 11 | $894.00 | $38,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 3/14/2013 | 12 | $894.00 | $42,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 4/14/2013 | 13 | $894.00 | $45,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 5/14/2013 | 14 | $894.00 | $49,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 6/14/2013 | 15 | $894.00 | $52,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 7/14/2013 | 16 | $894.00 | $56,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 8/14/2013 | 17 | $894.00 | $59,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 9/14/2013 | 18 | $894.00 | $63,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 10/14/2013 | 19 | $894.00 | $66,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 11/14/2013 | 20 | $894.00 | $70,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 12/14/2013 | 21 | $894.00 | $73,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 1/14/2014 | 22 | $894.00 | $77,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 2/14/2014 | 23 | $894.00 | $80,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 3/14/2014 | 24 | $894.00 | $84,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 4/14/2014 | 25 | $894.00 | $87,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 5/14/2014 | 26 | $894.00 | $91,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 6/14/2014 | 27 | $894.00 | $94,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 7/14/2014 | 28 | $894.00 | $98,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 8/14/2014 | 29 | $894.00 | $101,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 9/14/2014 | 30 | $894.00 | $105,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 10/14/2014 | 31 | $894.00 | $108,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 11/14/2014 | 32 | $894.00 | $112,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 12/14/2014 | 33 | $894.00 | $115,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 1/14/2015 | 34 | $894.00 | $119,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 2/14/2015 | 35 | $894.00 | $122,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 3/14/2015 | 36 | $894.00 | $126,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 4/14/2015 | 37 | $894.00 | $129,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 5/14/2015 | 38 | $894.00 | $133,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 6/14/2015 | 39 | $894.00 | $136,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 7/14/2015 | 40 | $894.00 | $140,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 8/14/2015 | 41 | $894.00 | $143,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 9/14/2015 | 42 | $894.00 | $147,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 10/14/2015 | 43 | $894.00 | $150,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 11/14/2015 | 44 | $894.00 | $154,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 12/14/2015 | 45 | $894.00 | $157,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 1/14/2016 | 46 | $894.00 | $161,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 2/14/2016 | 47 | $894.00 | $164,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 3/14/2016 | 48 | $894.00 | $168,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 4/14/2016 | 49 | $894.00 | $171,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 5/14/2016 | 50 | $894.00 | $175,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 6/14/2016 | 51 | $894.00 | $178,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 7/14/2016 | 52 | $894.00 | $182,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 8/14/2016 | 53 | $894.00 | $185,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 9/14/2016 | 54 | $894.00 | $189,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 10/14/2016 | 55 | $894.00 | $192,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 11/14/2016 | 56 | $894.00 | $196,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 12/14/2016 | 57 | $894.00 | $199,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 1/14/2017 | 58 | $894.00 | $203,000.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 2/14/2017 | 59 | $894.00 | $206,500.00 | | $3,500.00 | $350.00 | | $50.00 | | $245.20 | | $0.00 |
| 3/14/2017 | 60 | $928.47 | $210,000.00 | 60 at | **$3,500.00** | $350.00 | 54 at | **$50.00** | 60 at | **$245.20** | | $0.00 |
| | | | | | | | | | | | | |
| | | $48,387.64 | | | $210,000.00 | $21,000.00 | | $5,481.00 | | $14,712.00 | | |
| | | **$99,186.62** | | | | | | **ATTY** | | | | |
| | | 49% | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | 0.00 | | 0.00 | | #VALUE! |

| | | | $10,460.40 | | $16,309.20 | | $87,653.40 | | | $3,074.58 | | | $2,921.78 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HERNANDEZ** | | | 9182.39 | | 14316.73 | | | | | | | | |
| **12-2658** | | | Freedom Road | | Freedom Road | | Bank of Am | | | Bank Am | | | Bank Am |
| | | | #15 | | #16 | | #18 | | | #118 | | | #218 |
| | 60 | | | | | | | | | | | | |
| 4/14/2012 | 1 | | $174.34 | | $271.82 | | $1,460.89 | | | $17.27 | | | $0.00 |
| 5/14/2012 | 2 | | $174.34 | | $271.82 | | $1,460.89 | 2 | at | **$17.27** | | | $0.00 |
| 6/14/2012 | 3 | | $174.34 | | $271.82 | | $1,460.89 | 1 | at | **$177.71** | | | $0.00 |
| 7/14/2012 | 4 | | $174.34 | | $271.82 | | $1,460.89 | | | $997.75 | | | $0.00 |
| 8/14/2012 | 5 | | $174.34 | | $271.82 | | $1,460.89 | 2 | at | **$997.75** | 5 | at | **$0.00** |
| 9/14/2012 | 6 | | $174.34 | | $271.82 | | $1,460.89 | 1 | at | **$866.83** | | | $53.75 |
| 10/14/2012 | 7 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 11/14/2012 | 8 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 12/14/2012 | 9 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 1/14/2013 | 10 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 2/14/2013 | 11 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 3/14/2013 | 12 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 4/14/2013 | 13 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 5/14/2013 | 14 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 6/14/2013 | 15 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 7/14/2013 | 16 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 8/14/2013 | 17 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 9/14/2013 | 18 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 10/14/2013 | 19 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 11/14/2013 | 20 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 12/14/2013 | 21 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 1/14/2014 | 22 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 2/14/2014 | 23 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 3/14/2014 | 24 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 4/14/2014 | 25 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 5/14/2014 | 26 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 6/14/2014 | 27 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 7/14/2014 | 28 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 8/14/2014 | 29 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 9/14/2014 | 30 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 10/14/2014 | 31 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 11/14/2014 | 32 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 12/14/2014 | 33 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 1/14/2015 | 34 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 2/14/2015 | 35 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 3/14/2015 | 36 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 4/14/2015 | 37 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 5/14/2015 | 38 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 6/14/2015 | 39 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 7/14/2015 | 40 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 8/14/2015 | 41 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 9/14/2015 | 42 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 10/14/2015 | 43 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 11/14/2015 | 44 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 12/14/2015 | 45 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 1/14/2016 | 46 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 2/14/2016 | 47 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 3/14/2016 | 48 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 4/14/2016 | 49 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 5/14/2016 | 50 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 6/14/2016 | 51 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 7/14/2016 | 52 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 8/14/2016 | 53 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 9/14/2016 | 54 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 10/14/2016 | 55 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 11/14/2016 | 56 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 12/14/2016 | 57 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 1/14/2017 | 58 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | | | $53.75 |
| 2/14/2017 | 59 | | $174.34 | | $271.82 | | $1,460.89 | | | $0.00 | 54 | at | **$53.75** |
| 3/14/2017 | 60 | 60 at | **$174.34** | 60 at | **$271.82** | 60 at | **$1,460.89** | | | $0.00 | 1 | at | **$19.28** |
| | | | $10,460.40 | | $16,309.20 | | $87,653.40 | | | $3,074.58 | | | $2,921.78 |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | **0.00** | | 0.00 | | 0.00 | | | 0.00 | | | 0.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:12-bk-02658-ABB<br>Middle District of Florida<br>Orlando<br>Tue Aug 28 16:22:55 EDT 2012 | Bank of America, N.A.<br>c/o Jerrold J. Golson, Esquire<br>Florida Foreclosure Attorneys, PLLC<br>601 Cleveland Street, Suite 690<br>Clearwater, FL 33755-4171 | Bank of America, N.A.<br>c/o Prober & Raphael, a Law Corporation<br>20750 Ventura Blvd, Suite 100<br>Woodland Hills, CA 91364-6207 |
| Brenda Hernandez<br>164 Easton Circle<br>Oviedo, FL 32765-8478 | Gilberto Hernandez<br>164 Easton Circle<br>Oviedo, FL 32765-8478 | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA 93065-6285 |
| Bank of America, N.A.<br>c/o Frank J. Gomez, Esquire<br>Florida Foreclosure Attorneys, PLLC<br>601 Cleveland Street, Suite 690<br>Clearwater, FL 33755-4171 | Bank of America, N.A.<br>c/o Prober & Raphael<br>Attorney for Secured Creditor<br>P.O. Box 4365<br>Woodland Hills, CA 91365-4365 | Cach Llc/Square Two Financial<br>4340 South Monaco St.  2nd Floor<br>Denver, CO 80237-3408 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Chela/Sallie Mae<br>Attn: Claims Department<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20363<br>Kansas City, MO 64195-0363 |
| (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Equifax<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 |
| First Federal Credit C<br>24700 Chagrin Blvd<br>Cleveland, OH 44122-5662 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Freedom Road Financial<br>10605 Double R Blv<br>Reno, NV 89521-8920 |
| FreedomRoad Financial<br>c/O CAPITAL RECOVERY GROUP, LLC<br>BIN #20016<br>PO BOX 29426<br>PHOENIX, AZ 85038-9426 | Gemb/JC Penny<br>Attention:  Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Hilco Receivables/Equable Ascent Financi<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089-1970 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Military Star/ AAFES<br>Po Box 650060<br>Dallas, TX 75265-0060 |
| NEX/MIL STAR/EXCHANGE<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Navy Fcu<br>Attention:  Bankruptcy<br>820 Follin Lane<br>Vienna, VA 22180-4907 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| Portfolio Investments I LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Portfolio Recovery Assocs, LLC<br>POB 12914<br>Norfolk VA 23541-0914 | Portfolio Recovery Assocs, LLC<br>POB 41067<br>Norfolk VA 23541-1067 |

| | | |
|---|---|---|
| Sears/cbna<br>Po Box 6282<br>Sioux Falls, SD 57117-6282 | Seminole County Tax Collector<br>Attn: Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | TransUnion<br>PO Box 1000<br>Chester, PA 19016-1000 |
| Zale/cbsd<br>Attn.: Centralized Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Laurie K Weatherford +<br>Post Office Box 3450<br>Winter Park, FL 32790-3450 | Jerrold J. Golson +<br>Florida Foreclosure Attorneys, PLLC<br>601 Cleveland Street, Ste 690<br>Clearwater, FL 33755-4171 |
| United States Trustee - ORL7/13 7+<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | K Hunter Goff +<br>K Hunter Goff PA<br>227 Citrus Tower Blvd<br>Clermont, FL 34711-2789 | Frank Jose Gomez +<br>Florida Foreclosure Attorneys<br>4855 Technology Way<br>Suite 630<br>Boca Raton, FL 33431-3351 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin, TX 78708 | (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Arthur B. Briskman<br>Orlando | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     1<br>Total                  39 |